IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT KEITH ROSS,

        Plaintiff,                    No. CIV S-06-2358 GEB GGH P

    vs.

OFFICER DARELL, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On December 15, 2006, the court issued an order screening the second amended complaint filed November 21, 2006. The court found that the second amended complaint stated a colorable claim for relief against defendant Darell. The court dismissed with leave to amend the claims against defendant Sacramento County Sheriff's Department.

        Pending before the court is the third amended complaint filed January 5, 2007. Again named as defendants are Officer Darell and the Sacramento County Sheriff's Department. The third amended complaint contains detailed allegations against defendant Sacramento County Sheriff's Department based on its failure to adequately train defendant Darell. However, the allegations in the third amended complaint against defendant Darell are vague and conclusory. Plaintiff alleges that defendant Darell took four fingers, split them into twos and then spread them apart. Standing alone, these allegations do not state a colorable claim. Accordingly, the

1

third amended complaint is dismissed with leave to amend.

If plaintiff files a fourth amended complaint, he must include all allegations and claims against both defendant Sacramento County and defendant Darell.  If plaintiff is making an excessive force claim against defendant Darell, he must describe defendant Darell's conduct on which he bases his claim, and the facts which would lead one to believe that such force was excessive.  Plaintiff must again include his allegations against defendant Sacramento County that are contained in the third amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The third amended complaint filed January 5, 2007, is dismissed with twenty days to file a fourth amended complaint; failure to file a fourth amended complaint within that time will result in a recommendation of dismissal of this action.

2. The Clerk of the Court is directed to send plaintiff the form for a civil rights action pursuant to 42 U.S.C. § 1983.

DATED: 3/20/07                                         /s/ Gregory G. Hollows

                                                              UNITED STATES MAGISTRATE JUDGE

ross2358.ame