IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT KEITH ROSS,

      Plaintiff,                      No. CIV S-06-2358 GEB GGH P

      vs.

OFFICER DARELL, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 21, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 23, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 5/2/07

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:mp
ross2358.36