IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT KEITH ROSS,

        Plaintiff,                    No. CIV S-06-2358 GEB GGH P

   vs.

OFFICER DARELL, et al.,

        Defendants.

_____ /      ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is the fourth amended complaint filed June 4, 2007. The fourth amended complaint states a colorable claim for relief against defendant Darell.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Officer Darell.

        2. The Clerk of the Court shall send plaintiff 1USM-285 form, one summons, an instruction sheet and a copy of the fourth amended complaint filed June 4, 2007.

        3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

1       c. One completed USM-285 form for each defendant listed in number 3
2       above; and
3       d. Two copies of the endorsed fourth amended complaint filed June 4,
4       2007.
5    4. Plaintiff need not attempt service on defendants and need not request waiver of
6 service. Upon receipt of the above-described documents, the court will direct the United States
7 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
8 without payment of costs.
9 DATED: 6/26/07

                                                           /s/ Gregory G. Hollows

                                                           UNITED STATES MAGISTRATE JUDGE

ross2358.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT KEITH ROSS,

      Plaintiff,                    No. CIV S-06-2358 GEB GGH P

    vs.

OFFICER DARELL, et al.,             <u>NOTICE OF SUBMISSION</u>

      Defendants.                 <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    _____    completed USM-285 forms

    _____    copies of the _____
                        Complaint/Amended Complaint

DATED:

                                               _____
                                               Plaintiff