IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT KEITH ROSS,

    Plaintiff,                    No. CIV S-06-2358 GEB GGH P

    vs.

OFFICER DARELL, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On August 14, 2007, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Darell was returned unserved because "no employee by that name in employee data base, also did research on similar spellings." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3  along with an instruction sheet and a copy of the fourth amended complaint filed June 4, 2007;

4  2. Within sixty days from the date of this order, plaintiff shall complete and

5  submit the attached Notice of Submission of Documents to the court, with the following

6  documents:

7  a. One completed USM-285 form for each defendant;

8  b. Two copies of the endorsed complaint filed June 4, 2007; and

9  c. One completed summons form (if not previously provided)

10 or show good cause why he cannot provide such information.

11 DATED: 10/22/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

14 GGH:bb
ross2358.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT KEITH ROSS,

      Plaintiff,                    No. CIV S-06-2358 GEB GGH P

    vs.

OFFICER DARELL, et al.,         NOTICE OF SUBMISSION

      Defendants.              OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__    completed summons form

      __1__    completed USM-285 form

      __2__    copies of the __June 4, 2007__
                                  Complaint/Amended Complaint

DATED:

                                              Plaintiff