IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT KEITH ROSS,

        Plaintiff,                      No. CIV S-06-2358 GEB GGH P

    vs.

OFFICER DARELL, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On October 22, 2007, the court granted plaintiff sixty days to submit the forms necessary to effect service of defendant Darell. On December 5, 2007, plaintiff submitted these forms. However, the USM-285 form is prepared for a doe defendant rather than defendant Darell.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted twenty days from the date of this order to complete and return a USM-285 form for defendant Darell; failure to comply with this order will result in a recommendation of dismissal of defendant Darell;

/////

/////

/////

1

2. The Clerk of the Court is directed to send plaintiff one USM-285 form.

DATED: 01/11/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

ross2358.ord