IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT KEITH ROSS,

    Plaintiff,                 No. CIV S-06-2358 GEB GGH P

    vs.

OFFICER DARELL, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 14, 2007, the court ordered the United States Marshal to serve the complaint on defendant Darell. Process directed to defendant Darell was returned unserved because "no employee by that name in employee data base, also did research on similar spellings."

        On October 22, 2007, the court granted plaintiff sixty days to obtain further information in order to re-serve defendant Darell and to return the forms necessary to effect re-service. On December 5, 2007, plaintiff submitted these forms. However, the USM-285 form was prepared for a doe defendant rather than defendant Darell. Accordingly, the court granted plaintiff twenty days to submit the correct forms.

        On January 24, 2008, plaintiff submitted the correct forms to serve defendant. On

1

1  April 18, 2008, the court directed the United States Marshal to again attempt service on
2  defendant Darell.  On July 9, 2008, process directed to defendant Darell was returned unserved
3  again because per the claims administrator for Sacramento County, there is no record of a
4  defendant "Darrell" every employed there.
5        Although in the latest service attempt the claims administrator could not locate a
6  defendant "Darrell" as opposed to a defendant "Darell," it does not appear that plaintiff is able to
7  supply the information necessary to effect service of this defendant.  Accordingly, plaintiff is
8  ordered to show cause why this action should not be dismissed because defendant cannot be
9  served.
10       Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of
11 this order, plaintiff shall show cause why this action should not be dismissed because defendant
12 Darell cannot be served.
13 DATED:  07/21/08

                                                 /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

ross.osc